# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-7090**                  **September Term, 2024**

**1:22-cv-01334-TNM**

**Filed On: September 13, 2024** [2074546]

Hdeel Abdelhady,

    Appellant

  v.

George Washington University, et al.,

    Appellees

### O R D E R

    Upon consideration of appellee George Washington University's motion for leave to file a reply in support of its motion to dismiss one day late, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged reply.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
James A. Kaiser
Deputy Clerk