# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 24-7090**　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:22-cv-01334-TNM**

**Filed On: January 7, 2025** [2092931]

Hdeel Abdelhady,

    Appellant

  v.

George Washington University, et al.,

    Appellees

### O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on November 14, 2024, be suspended pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　Laura M. Morgan
　　Deputy Clerk