# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-7090**                              **September Term, 2024**

**1:22-cv-01334-TNM**

**Filed On:** March 12, 2025

Hdeel Abdelhady,

    Appellant

    v.

George Washington University, et al.,

    Appellees

    **BEFORE:**    Henderson and Millett, Circuit Judges

## O R D E R

Upon consideration of the motion to extend time, the opposition thereto, the reply, and the lodged briefs and appendix; the motion to dismiss and the opposition thereto; and the motion for leave to file the motion to extend time, it is

**ORDERED** that the motion to dismiss be denied. The severe sanction of dismissal is not warranted under the circumstances presented here. See Barber v. Am. Sec. Bank, 841 F.2d 1159, 1162 (D.C. Cir. 1988) (per curiam). It is

**FURTHER ORDERED** that the motion for leave to file the motion to extend time be denied as unnecessary. It is

**FURTHER ORDERED** that the motion to extend time be granted. The Clerk is directed to file the lodged briefs and appendix. It is

**FURTHER ORDERED** that the following revised briefing schedule will now apply in this case:

    Appellees' Brief                                                      April 11, 2025

    Appellant's Reply Brief                                        May 2, 2025

**Per Curiam**