# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7090**                                    **September Term, 2024**

**1:22-cv-01334-TNM**

**Filed On: April 14, 2025** [2110769]

Hdeel Abdelhady,

      Appellant

  v.

George Washington University, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on March 12, 2025, be suspended pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Laura M. Morgan
      Deputy Clerk