# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-7090**  **September Term, 2025**

1:22-cv-01334-TNM

**Filed On:** September 23, 2025

Hdeel Abdelhady,

      Appellant

    v.

George Washington University, et al.,

      Appellees

    **BEFORE:**    Henderson and Rao, Circuit Judges; Rogers, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's unconsented motion to file the sealed joint appendix out of time and under provisional seal, the sealed supplemental appendix, and the response thereto; and appellee George Washington University's unconsented motion to file the sealed supplemental appendix out of time and under provisional seal, and the response thereto, it is

**ORDERED** that consideration of the motions be deferred pending further order of the court.

### Per Curiam

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                     BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk