# United States Court of Appeals
#### For The District of Columbia Circuit
_____

**No. 24-7090**                         **September Term, 2025**

**1:22-cv-01334-TNM**

**Filed On:** November 20, 2025

Hdeel Abdelhady,

    Appellant

  v.

George Washington University, et al.,

    Appellees

    **BEFORE:**   Henderson and Rao, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for panel rehearing filed on November 12, 2025, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                       BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk